UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROL A. ROLLIN,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>TRANSAMERICA LIFE INSURANCE COMPANY,<br><br>　　　　　Defendants. | Case No.: 1:25-cv-00194-KES-HBK<br><br>ORDER GRANTING ARIELLE M. CANEPA'S MOTION FOR LEAVE TO WITHDRAWAL AS ATTORNEY OF RECORD FOR DEFENDANT<br>(Doc. No. 46) |

Pending before the Court is Arielle M. Canepa's Motion for Leave to Withdraw as Attorney of Record for Defendant Transamerica Life Insurance Company ("Motion") filed October 24, 2025. The Court having reviewed the Motion, it is hereby

**ORDERED and ADJUDGED** that:

1. The Motion (Doc. No. 46) is GRANTED in its entirety.

2. Arielle M. Canepa is relieved as attorney of record in this matter effective this day.

Dated: October 24, 2025

　　　　　　　　　　　　　　　　　*Helena M. Barch-Kuchta*
　　　　　　　　　　　　　　　　　HELENA M. BARCH-KUCHTA
　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28