

# United States District Court
# Eastern District of California

| Carol A. Rollin |
|---|

Plaintiff(s)

Case Number: | 1:25-cv-000194-HBK |
|---|

v.

| Transamerica Life Insurance Company |
|---|

Defendant(s)

ORDER APPROVING APPLICATION FOR PRO HAC VICE  (Doc. 59)

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, M. Derek Harris _____hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:
Defendant Transamerica Life Insurance Company

On _____12/21/2012_____ (date), I was admitted to practice and presently in good standing in the
____USDC for the Southern District of Florida____ (court).  A certificate of good standing from that court is submitted in conjunction with this application.  I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court.  (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date:_____02/24/2026_____         Signature of Applicant: /s/_____

**Pro Hac Vice Attorney**

Applicant's Name: M. Derek Harris

Law Firm Name: Carlton Fields, P.A.

Address: 525 Okeechobee Boulevard

Suite 1200

City: West Palm Beach    State: FL    Zip: 33401

Phone Number w/Area Code: (561) 659-7070

City and State of Residence: Boynton Beach, Florida

Primary E-mail Address: dharris@carltonfields.com

Secondary E-mail Address: ademar@carltonfields.com

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Austin Jackson

Law Firm Name: Carlton Fields, LLP

Address: 2029 Century Park East

Suite 1200

City: Los Angeles    State: CA    Zip: 90067

Phone Number w/Area Code: (310) 843-6338    Bar # 317538

## ORDER

The Pro Hac Vice Application (Doc. 59) is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: 2/25/2026

_Helen M. Barch-Kuchta_
U.S. MAGISTRATE JUDGE