UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CAROL A. ROLLIN,<br><br>Plaintiff,<br><br>vs.<br><br>TRANSAMERICA LIFE INSURANCE COMPANY,<br><br>Defendant | CASE NO.: 1:25-CV-000194-KES-HBK<br><br>ORDER GRANTING STIPULATION TO AMEND CASE MANAGEMENT AND SCHEDULING ORDER<br><br>(Doc. 66) |

Pending before the Court is the Parties' Stipulated Motion to Amend the Case Management and Scheduling Order filed August 24, 2026. (Doc. 66). The Court finds good cause to grant the Motion. Fed. R. Civ. P. 16(b)(4).

Accordingly, IT IS ORDERED:

1. The Parties' Stipulated Motion to Amend the Case Management and Scheduling Order (Doc. 66) is GRANTED.
2. The following dates shall govern the management of this action going forward.

| Action or Event | Date |
|---|---|
| Deadline to complete non-expert discovery. See Fed. R. Civ. P. 37. | 11/30/2026 |
| Deadline for plaintiff to disclose expert report(s). See Fed. R. Civ. P. 26(a)(2). | 12/23/2026 |
| Deadline for defendant to disclose expert report(s). | 01/06/2027 |
| Deadline for disclosing any expert rebuttal report(s). | 01/27/2027 |
| Deadline for expert discovery. | 02/17/2027 |
| Deadline to engage in settlement conference. See Local Rule 270, 271. | 03/03/2027 |
| Deadline to file pre-trial dispositive motions. See Fed. R. Civ. P. 56. | 04/02/2027 |
| Deadline to file final joint pretrial statement, motion(s) in limine, proposed jury instructions, and verdict form. See Local Rules 281, 282. | 07/12/2027 |
| Date of the final pretrial conference. See Fed. R. Civ. P. 16(e); See Local Rule 280, 281, 282, 283. (Fourth Monday) | 07/26/2027 at 1:30 p.m. |
| Trial Date. (Tuesday) | 08/24/2027 at 8:30 a.m. |

3. Except as amended herein, all other terms and conditions of the Case Management and Scheduling Order (Doc. 29) shall remain in full force and effect.

IT IS SO ORDERED.

Dated: September 1, 2026

Helena M. Barch-Kuchta

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE